### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CEDARHILL OPERATING COMPANY, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Case No.: 05-672 |
| GILBERTOWN VENTURES, LLC, ) and GILBERTOWN REWORK, LLC, ) FIELD MANAGEMENT, LLC, A.W. ) GREER, and CLAYTON GATLIN, ) ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendants Field Management, LLC; A.W. Greer; Clayton Gatlin; Gilbertown Ventures, LLC and Gilbertown Rework, LLC's Motion for a More Definite Statement pursuant to Fed.R.Civ.P. 12(e). Based on this motion and upon review of Plaintiff's Amended Complaint (Doc. 8), the Court finds that Defendants' Motion is **hereby GRANTED**.

As Defendants note, Plaintiff's Amended Complaint does not mention the newly joined parties in the Statement of Parties or Statement of Facts. These parties, Field Management, LLC; A.W. Greer and Clayton Gatlin, are also not specifically implicated in any of the claims proffered in the Amended Complaint. Furthermore, the newly added Count Four in the Amended Complaint does not specify whether it is directed only to the new defendants, or only to the pre-existing defendants, or to both. Therefore, Plaintiff is **ORDERED** to correct these flaws in his pleading **on or before January 9, 2006**. In the alternative, Plaintiff **may Show Cause** as to why the Amended

Complaint, as currently presented, is not so vague or ambiguous that Defendants cannot be reasonably required to frame a responsive pleading. Plaintiff's **Show Cause Response** will likewise be due **on or before January 9, 2006**.

**So ORDERED**, this 28th day of December, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
